1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 06-CV-2419 W (POR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO STAY CIVIL FORFEITURE CASE** |
| $33,000.00 IN U.S. CURRENCY; ASSORTED JEWELRY VALUED AT $11,750.00; $2,400.00 IN U.S. CURRENCY | |
| Defendants. | |

On February 13, 2007, Plaintiff filed a motion to stay this civil forfeiture proceeding pursuant to Title 18, U.S.C. § 981(g).[1] The motion is based on an ongoing criminal matter pending against Claimant Kendrick Williams in the San Diego Superior Court, entitled <u>People of the State of California v. Kendrick Williams</u>, Case No. SCE266348 (the "Criminal Case"). Plaintiff argues that if this matter is not stayed and Claimant is allowed to proceed with civil discovery, it "will prejudice the Government's

---

[1] The Court notes that Plaintiff did not obtain a hearing date from the Court's law clerk before filing the motion, as required by Local Civil Rule 7.1(b). Plaintiff is admonished to follow all Local Civil Rules.

ability to conduct its own civil discovery and will adversely impact the government to prosecute the parallel criminal prosecution in the Superior Court." (Plt.'s P&A at 2:17–22.) Plaintiff, therefore, requests a stay until the Criminal Case is resolved either through verdict or by way of a guilty plea.

On March 16, 2007, Claimant filed a response to Plaintiff's motion to stay. Claimant does not oppose the motion so long as the stay is terminated upon the conclusion of the Criminal Case.

Accordingly, good cause appearing, the Court **GRANTS** the motion and orders this matter stayed pending resolution of the Criminal Case in the trial court.

**IT IS SO ORDERED.**

DATED: April 3, 2007

_____
Hon. Thomas J. Whelan
United States District Judge